| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Gorsuch, Neil M. | 2. Court or Organization  U.S. Supreme Court | 3. Date of Report  08/08/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Supreme Court Justice | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address  Supreme Court of the United States One First Street, NE Washington, DC 20543 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Walden Group LLC (mountain property) |
| 2. | Adjunct Professor | University of Colorado Law School |
| 3. | Member | University of Chicago Law School's Visiting Committee |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | University of Colorado Law School - teaching agreement |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Princeton University Press - book royalties | $311.53 |
| 2. | 2016 | University of Colorado Law School - teaching | $26,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Case Western Education Seminar | 04/06/2016 - 04/08/2016 | Cleveland, OH | Educational Program | Transportation, meals, hotel |
| 2. | US/UK Legal Exchange | 09/16/2016 - 09/23/2016 | Philadelphia, PA and Washington, DC | Educational Program | Transportation, meals, hotel |
| 3. | Academic Exchange | 12/10/2016 - 12/19/2016 | Israel | Educational Program | Transportation, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct #1 (H) | | | | | | | | | |
| 2. - USAA Tax Exempt Money Mkt Fd F/K/A/ Money Market, Tax Exempt | A | Dividend | K | T | | | | | |
| 3. - USAA Tax Exempt Long Term Fd F/K/A/ Long Term Tax Ex Bond Fund | D | Dividend | M | T | Sold (part) | 01/13/16 | K | | |
| 4. | | | | | Sold (part) | 01/14/16 | K | | |
| 5. - USAA High Income Fd F/K/A/ High Yield Bond Fund | E | Dividend | N | T | Sold (part) | 07/07/16 | J | | |
| 6. - USAA International Fd F/K/A/ Int'l Fund | D | Dividend | N | T | | | | | |
| 7. - USAA S&P 500 Index Fd F/K/A/ S&P Fund | D | Dividend | N | T | | | | | |
| 8. - USAA Value Fd F/K/A/ Value Fund | D | Dividend | M | T | | | | | |
| 9. - USAA Tax Ex Intermediate Term Fd F/K/A/ Interm Tax Ex Bond Fund | D | Dividend | N | T | Sold (part) | 09/07/16 | J | | |
| 10. | | | | | Sold (part) | 12/08/16 | J | | |
| 11. - USAA Small Cap Stock Fd F/K/A/ Small Cap Fund | C | Dividend | M | T | | | | | |
| 12. - USAA Tax Ex Short Term Fd F/K/A/ Short Term Tax Ex Bond Fund | B | Dividend | M | T | Sold (part) | 04/25/16 | K | | |
| 13. Walden Group LLC | | None | N | U | | | | | |
| 14. 529 Plans - VA Educ Savings Trust (Age Based) | A | Dividend | O | T | | | | | |
| 15. 529 Plans - College Invest Savings Plan (Age Based) | A | Dividend | L | T | | | | | |
| 16. CREF Growth R1 Fd F/K/A/ 403B Plan - TIAA CREF | A | Dividend | J | T | | | | | |
| 17. Senate Credit Union checking | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/08/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Acct #1 (H) | | | | | | | | | |
| 19. - USAA Target Retirement 2030 Fund | E | Dividend | O | T | | | | | |
| 20. IRA Acct #2 (H) | | | | | | | | | |
| 21. -USAA Target Retirement 2030 Fund | C | Dividend | L | T | | | | | |
| 22. SEP IRA Acct #1 (H) | | | | | | | | | |
| 23. - USAA Money Mkt F/K/A/ Money Market | A | Dividend | J | T | | | | | |
| 24. - Precious Metals & Minerals Fund | A | Dividend | | | Sold | 02/19/16 | J | A | |
| 25. - USAA Short Term Bond Fd Inst F/K/A/ Short Term Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/19/16 | J | | |
| 26. - USAA Income Fd Inst F/K/A/ Income Fund | A | Dividend | K | T | Buy (add'l) | 02/19/16 | J | | |
| 27. - USAA Intermediate Term Bond Inst F/K/A/ Intermediate Bond Fund | A | Dividend | K | T | Buy (add'l) | 02/19/16 | J | | |
| 28. | | | | | Buy (add'l) | 02/19/16 | J | | |
| 29. - USAA Real Return Fund | A | Dividend | | | Sold | 02/19/16 | J | A | |
| 30. - USAA Managed Allocation Fd | A | Dividend | J | T | Buy (add'l) | 02/19/16 | J | | |
| 31. - USAA High Income Fd | A | Dividend | J | T | Buy (add'l) | 02/19/16 | J | | |
| 32. - USAA Emerging Markets Fd | A | Dividend | J | T | Buy (add'l) | 02/19/16 | J | | |
| 33. - USAA International Fund Inst | A | Dividend | K | T | Buy (add'l) | 02/19/16 | J | | |
| 34. - USAA Small Cap Stock Fund Inst | A | Dividend | J | T | Buy (add'l) | 02/19/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - USAA Income Stock Fund Inst | B | Dividend | K | T | Buy (add'l) | 02/19/16 | J | | |
| 36.   - USAA Growth Fund Instl | A | Dividend | J | T | Buy (add'l) | 02/19/16 | J | | |
| 37.   Brokerage Acct #2 (H) F/K/A USAA CD Account | | | | | | | | | |
| 38.   - USAA Money Market Account | A | Interest | J | T | | | | | |
| 39.   Brokerage Acct #3 (H) | | | | | | | | | |
| 40.   - USAA Tax-Ex MMKT F/K/A/ Money Market, Tax Ex Fund | A | Dividend | J | T | | | | | |
| 41.   - Aurora Wtr Rev Muni Bond 8/1/22 | B | Interest | K | T | | | | | |
| 42.   - Boulder County CO Open Space Cap 7/15/29 | C | Interest | L | T | | | | | |
| 43.   - Broomfield Sales and Use Tax 12/1/27 | B | Interest | L | T | | | | | |
| 44.   - Colo St Brd Gov Unv Entr Sys Muni Bond 3/1/16 | B | Interest | | | Matured | 03/01/16 | K | | |
| 45.   - Colo Springs Col Util Muni Bond 11/15/20 | A | Interest | K | T | | | | | |
| 46.   - Colo Springs Col Utl Muni Bond 11/15/26 | B | Interest | K | T | | | | | |
| 47.   - Denver Exc Tax Rev Muni Bond 9/1/18 | B | Interest | K | T | | | | | |
| 48.   - Denver Colo City & Cnty Sch Dist 12/1/31 /F/K/A/ Denver Co City&Cnty | B | Interest | K | T | | | | | |
| 49.   - Eagle Garfield Routt Muni Bond 12/1/23 | B | Interest | | | Redeemed | 12/01/16 | K | | |
| 50.   - Longmont Co Enterprise Wstwtr Rev 11/1/26 | B | Interest | K | T | | | | | |
| 51.   - Mesa College Muni Bond 5/15/23 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Pueblo Cnty Sch Dist Muni Bond 12/15/21 | B | Interest | K | T | | | | | |
| 53. - Summit Cnty School Dist 12/1/21 | B | Interest | K | T | | | | | |
| 54. -Univ Colo Ent Sys 6/1/29 | B | Interest | K | T | | | | | |
| 55. -Univ Colo Ent Sys 6/1/31 | B | Interest | K | T | | | | | |
| 56. - Weld Sch Dist Muni Bond 12/1/19 | B | Interest | K | T | | | | | |
| 57. - University Northn Colo Greeley Inst Bond 6/1/30 | B | Interest | K | T | | | | | |
| 58. - Greely Colo Wtr Rev Ref Bds 8/01/22 | B | Interest | K | T | | | | | |
| 59. - Arapahoe Cnty Colo Sch Dist 12/01/28 | C | Interest | L | T | | | | | |
| 60. -Platte River Pwr 6/1/25 | B | Interest | K | T | | | | | |
| 61. - Fort Lewis College Brd Trustees Bond 10/1/2030 | B | Interest | K | T | Buy | 04/22/16 | K | | |
| 62. - Colorado Sch Mines Instl Enterprise Rev Bond 8/1/2032 | A | Interest | K | T | Buy | 02/26/16 | K | | |
| 63. - USAA Tax Exempt Short Term Retail Fd | A | Interest | K | T | | | | | |
| 64. Brokerage Acct #4 (H) | | | | | | | | | |
| 65. - USAA Tax-Ex Money Mkt F/K/A/ Tax Ex Fund | A | Interest | K | T | | | | | |
| 66. - USAA Savings CD 07/15/16 | A | Interest | | | Matured | 07/15/16 | K | | |
| 67. - USAA Savings CD 01/09/17 | A | Interest | K | T | | | | | |
| 68. - USAA Treasury MMKT | A | Interest | J | T | Buy | 08/16/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brokerage Acct #5 (H) | | | | | | | | | |
| 70. - USAA Tax-Ex Money Mkt | A | Interest | M | T | Buy | 02/10/16 | L | | |
| 71. | | | | | Buy (add'l) | 02/16/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. This report was prepared on my behalf by my accountant.

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 08/08/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Neil M. Gorsuch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544